**SANSAR SINGH, Appellant, v. John J. Mc-GRATH, District Commissioner of Immigration and Naturalization for the Port of San Francisco, Appellee.**

No. 9062.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1939.

Rehearing Denied June 30, 1939.

Marshall B. Woodworth, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and R. B. McMillan and L. R. Mercado, Asst. U. S. Attys., all of San Francisco, Cal. (A. J. Phelan, U. S. Immigration and Naturalization Service, of San Francisco, Cal., on the brief), for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The order of deportation is affirmed on the authority of Bhagat Singh v. McGrath, 9 Cir., 104 F.2d 122, filed May 10, 1939.